**Motions denied, Appeal dismissed, and Memorandum Opinion filed April 25, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00680-CV

---

## ALI CHOUDHRI, Appellant

## V.

## OSAMA ABDULLATIF, Appellee

---

### On Appeal from the 333rd District Court
### Harris County, Texas
### Trial Court Cause No. 2017-50232

---

### MEMORANDUM OPINION

This appeal is from a judgment signed July 31, 2023. The clerk's record was filed October 17, 2023. The reporter's record was filed October 30, 2023. No brief has been filed. On January 30, 2024, the court issued an order extending the time to file the brief to March 26, 2024. In that ruling, the court stated that no further extensions would be granted absent exceptional circumstances. No brief was filed.

On March 27, 2024, we issued a notice stating that unless appellant filed a

brief along with a motion requesting an extension of time on or before April 8, 2024, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 4.1(a), 42.3(b).

Appellant did not file anything following that notice aside from motions requesting a further extension of time that were not accompanied by a brief and did not provide any exceptional circumstances that would support such an extension. Accordingly, we deny the motions and dismiss the appeal for want of prosecution.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Zimmerer.